UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE BUCKLEY, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>COOPER VISION, INC., et al.,<br><br>    Defendants. | Case No. 15-cv-01212-MEJ<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Haywood S. Gilliam, Jr. for consideration of whether the case is related to *Costco Wholesale Corporation v. Johnson & Johnson Vision Care Inc*, 15-cv-00941-HSG.

**IT IS SO ORDERED.**

Dated: March 24, 2015

                                                _____<br>
                                                MARIA-ELENA JAMES<br>
                                                United States Magistrate Judge